```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2023_

ANNE THOMAS,

               Plaintiff,

-against-

VNS HEALTH,

               Defendant.

23 Civ. 8821 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters filed on November 10 and 21, 2023. ECF Nos. 14, 17. Accordingly:

1. Defendant's request to file a partial motion to dismiss is GRANTED;
2. By **January 24, 2024**, Defendant shall file its partial motion to dismiss;
3. By **February 14, 2024**, Plaintiff shall file her opposition papers;
4. By **February 28, 2024,** Defendants shall file its reply, if any.

    Pursuant to Section III.B(iv) of the Court's Individual Rules, if Plaintiff intends to file an amended pleading—and not rely on the pleading that is the subject of Defendant's motion—she shall notify the Court and Defendants by **February 5, 2024.**

    SO ORDERED.

Dated: November 22, 2023
       New York, New York

                                       ANALISA TORRES
                                      United States District Judge