**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
ANNE THOMAS,

                 Plaintiff,

v.

VNS HEALTH,

                 Defendant.
------------------------------------------------------------X

Civil Action No.: 1:23-cv-08821 (AT) (RFT)

**PLEASE TAKE NOTICE** that Christina Sabato of Wigdor LLP hereby withdraws her appearance as counsel on behalf of Plaintiff Anne Thomas in the above-captioned matter, as she no longer represents Plaintiff.

Dated: April 8, 2024
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____/s/ Christina Sabato_____
     Christina Sabato

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
csabato@wigdorlaw.com