UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ANNE THOMAS,

                      Plaintiff,

      v.

VNS HEALTH,

                      Defendant.
-----------------------------------------------------------X

Civil Action No.: 1:23-cv-08821 (AT) (RFT)

> Application granted.
>
> Date: 4/09/2024
> New York, NY
>
> SO ORDERED
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**PLEASE TAKE NOTICE** that Christina Sabato of Wigdor LLP hereby withdraws her appearance as counsel on behalf of Plaintiff Anne Thomas in the above-captioned matter, as she no longer represents Plaintiff.

Dated: April 8, 2024
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Christina Sabato

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
csabato@wigdorlaw.com