UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE THOMAS<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>VNS HEALTH HOME CARE<br><br>　　　　　Defendant. | 23-CV-08821 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A thirty-day stay in this case was granted on September 16, 2024 (*see* ECF 57), which stay was extended until November 12, 2024. (*See* ECF 60.) The stay has expired. By November 15, 2024, the parties shall file a joint update on the status of their memorialization of the settlement in principle.

DATED:　　New York, New York
　　　　　　November 14, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge